# Court of Appeals
# of the State of Georgia

ATLANTA,___May 04, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0329. IN THE INTEREST OF: I. L. M., I. T. M. AND B. M., CHILDREN.**

The parents of these minor children filed this application for discretionary appeal to challenge the termination of their parental rights. The trial court entered its termination order on October 5, 2015. The parents purportedly filed a motion for a new trial, which they have failed to include with their application. The trial court denied the motion in an order entered on March 7, 2016. On April 5, 2016, the parents filed this application.

An application is timely if it is filed within 30 days of the entry of the order the applicant seeks to appeal. OCGA § 5-6-35 (d). In order for this Court to have jurisdiction, an application for discretionary appeal must be timely filed. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Although a motion for new trial may extend the time in which appellate relief may be sought, such motion must also be filed within 30 days of the entry of judgment. OCGA § 5-5-40 (a); OCGA § 5-6-35 (d). An untimely motion for new trial is void and does not toll the time for filing the application. See *Wright v. Rhodes*, 198 Ga. App. 269 (401 SE2d 35) (1990).

Here, the parents have not included the motion for new trial with their application. Accordingly, we cannot determine whether the motion was timely filed, and thus whether it tolled the time for filing this application. Applicants to this Court bear the burden of demonstrating that their application should be granted. See *Harper v. Harper*, 259 Ga. 246 (378 SE2d 673) (1989). Applicants must "include a copy of any petition or motion which led directly to the order or judgment being appealed . . . ." OCGA § 5-6-35 (c); Court of Appeals Rule 31 (b). By omitting the motion for new trial from their application, the parents have failed to demonstrate that

this Court has jurisdiction to consider their application.  Thus, this application for discretionary appeal is hereby DISMISSED



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____05/04/2016_____
        I certify that the above is a true extract from
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*